UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tina M. Dobbins,

    Plaintiff,

v.   Case No. 2:18–cv–725

Commissioner of Social Security,   Judge Michael H. Watson

    Defendant.   Magistrate Judge Vascura

## ORDER

On March 6, 2019, United States Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), ECF No. 13, concerning the denial of Tina M. Dobbins' ("Plaintiff") application for Social Security disability insurance benefits and supplemental security income. The R&R recommended the Court reverse the Commissioner of Social Security's ("Commissioner") non-disability finding and remand this case to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g) for further consideration consistent with the R&R. R&R 1, ECF No. 13.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 15. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R.

*Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's non-disability finding is **REVERSED**, and this case is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g) for further consideration consistent with the R&R.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**